**STATE of Missouri, Respondent,**

v.

**Hydres BINION, Appellant.**

ED 102937

Missouri Court of Appeals,
Eastern District,
*DIVISION FOUR.*

Filed: May 24, 2016

Rachel Flaster, Assistant Attorney General, P.O. Box 899, Jefferson City, MO 65102, for respondent.

Kevin L. Schriener, Special Public Defender, 141 N. Meramec Avenue, Suite 314, Clayton, MO 63105, for appellant.

Before Sherri B. Sullivan, P.J., Kurt S. Odenwald, J., and Lisa P. Page, J.

### *ORDER*

PER CURIAM.

Hydres Binion ("Defendant") appeals from the trial court's judgment, following a jury's guilty verdict, of first degree statutory sodomy, in violation of Section 566.062. We affirm the judgment of the trial court.

An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 30.25(b).